# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Carolyn Miller

                                    Plaintiff,

v.                                                                           Case No.: 1:18−cv−04088
                                                                          Honorable Rebecca R. Pallmeyer

Southwest Credit Systems, L.P.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 13, 2018:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Rule 16 conference held on 8/13/2018. MIDP responses will be due on 8/19/2018. Fact discovery will close on 2/19/2019. Dispositive motions due no later than 3/20/2019. Plaintiff to draft final pretrial order by 7/15/2019; Joint Final Pretrial Order due by 8/15/2019. Plaintiff's motion to strike Defendant's affirmative defenses [10] is entered and continued. Defendant will file amended answer or stipulation to withdraw affirmative defenses in 10 days. Status hearing set for 11/13/2018 at 9:00 AM. Mailed notice. (etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.