## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Carolyn Miller

                          Plaintiff,

v.                                             Case No.: 1:18−cv−04088
                                                  Honorable Rebecca R. Pallmeyer

Southwest Credit Systems, L.P.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 18, 2019:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Motion hearing held on 3/18/2019. Plaintiff's motion to certify class [34] is entered and continued for briefing. Response to be filed by or on 4/18/2019; reply to be filed by or on 5/10/2019; ruling set for 5/22/2019 at 9:30 AM. Status hearing set for 3/26/2019 is stricken and re−set to 5/22/2019 at 9:30 AM. Mailed notice. (etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.