# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### CHICAGO DIVISION

CAROLYN MILLER, on behalf of herself
and other similarly situated,

*Plaintiff,*

CASE NO. 1:18-cv-04088

v.

Hon. Rebecca R. Pallmeyer

SOUTHWEST CREDIT SYSTEMS, L.P.,

*Defendant.*

---

## DEFENDANT SOUTHWEST CREDIT SYSTEMS, L.P.'S
## MOTION FOR SUMMARY JUDGMENT

---

# Exhibit C

## Account History

| Our Account ID: | 65053074 | Status: | ATY | | Report Date |
|---|---|---|---|---|---|
| Customer: | 03773 | MONI - Secondary | | | 6/12/2018 5:41PM |
| Account Number: | 601119902 | | | | |

| Received: | 11/30/2017 | Closed: | | Returned: | |
|---|---|---|---|---|---|

| Original Balance | $125.03 | Interest Rate: | 0.00 | |
|---|---|---|---|---|
| Amount Paid: | $0.00 | Last Int Date: | 11/30/2017 | |
| Current Balance: | $125.03 | | | |

### Debtors

| Name | Carolyn Webber | SSN | **** | DOB | |
|---|---|---|---|---|---|
| OtherName | | HomePhone | | | |
| Street1 | 321 ▓▓ St | WorkPhone | | | |
| Street2 | | | | | |
| CSZ | ELGIN,IL 60120 | | | | |

### Payments

| Date | Type | Matched | Check No | Invoiced | Amount | Comment |
|---|---|---|---|---|---|---|

### Notes

| Date and Time | User | Action | Result | Comment |
|---|---|---|---|---|
| 11/30/2017 12:33PM | FUSION | SEND | SEND | LexisNexis Bankruptcy And Deceased data ordered on 11/30/2017. Current Balance = 125.03 |
| 11/30/2017 12:44PM | FUSION | SEND | SEND | ID Info Service data ordered on 11/30/2017. Current Balance = 125.03 |
| 11/30/2017 1:27PM | FUSION | REC | REC | LexisNexis Bankruptcy And Deceased returned. |
| 11/30/2017 2:17PM | FUSION | REC | REC | LexisNexis Bankruptcy And Deceased returned. |
| 11/30/2017 4:08PM | EXPTT | UPDT | ADDR | New address returned from True Trace: 321 ▓▓ ST ELGIN IL 601204207 |
| 11/30/2017 4:08PM | IT | ExpTT | RETRN | Account returned from Experian True Trace |
| 12/1/2017 4:30AM | IDCELL | +++++ | +++++ | 2245359056 received a cell phone update from Cell Suppression: The value was V |
| 12/5/2017 3:54PM | LV | CO | ++++ | Status Changed|NEW| ACT |
| 12/5/2017 3:54PM | LV | TO | XM | #2245359056#:XM:XM:Ans No Msg:O0:2017-12-05 15:54:00:HCI |
| 1/4/2018 2:10AM | SYSTEM | crupd | open | Open collection account submitted in credit bureau report file. |
| 1/29/2018 12:24AM | SYSTEM | crupd | open | Open collection account submitted in credit bureau report file. |
| 1/30/2018 4:41PM | LV | TO | XM | #2245359056#:XM:XM:Ans No Msg:O0:2018-01-30 16:41:00:HCI |
| 2/1/2018 3:12PM | LV | TO | XM | #2245359056#:XM:XM:Ans No Msg:O0:2018-02-01 15:12:00:HCI |
| 2/22/2018 3:53PM | LV | TO | XM | #2245359056#:XM:XM:Ans No Msg:O0:2018-02-22 15:53:00:HCI |
| 2/23/2018 3:33PM | LV | TO | XM | #2245359056#:XM:XM:Ans No Msg:O0:2018-02-23 15:33:00:HCI |
| 2/26/2018 1:38AM | SYSTEM | crupd | open | Open collection account submitted in credit bureau report file. |
| 3/2/2018 11:09AM | LV | TO | XM | #2245359056#:XM:XM:Ans No Msg:O0:2018-03-02 11:09:00:HCI |
| 3/6/2018 4:05PM | LV | TO | XM | #2245359056#:XM:XM:Ans No Msg:O0:2018-03-06 16:05:00:HCI |
| 3/8/2018 8:50AM | LV | TO | XM | #2245359056#:XM:XM:Ans No Msg:O0:2018-03-08 08:50:00:HCI |
| 3/13/2018 3:23PM | LV | TO | XM | #2245359056#:XM:XM:Ans No Msg:O0:2018-03-13 15:23:00:HCI |
| 3/14/2018 10:38AM | LV | TO | XM | #2245359056#:XM:XM:Ans No Msg:O0:2018-03-14 10:38:00:HCI |
| 3/15/2018 12:33PM | LV | TO | XM | #2245359056#:XM:XM:Ans No Msg:O0:2018-03-15 12:33:00:HCI |
| 3/16/2018 11:02AM | LV | TO | XM | #2245359056#:XM:XM:Ans No Msg:O0:2018-03-16 11:02:00:HCI |
| 3/20/2018 9:28AM | LV | TO | XM | #2245359056#:XM:XM:Ans No Msg:O0:2018-03-20 09:28:00:HCI |
| 3/20/2018 3:31PM | LV | TO | XM | #2245359056#:XM:XM:Ans No Msg:O0:2018-03-20 15:31:00:HCI |
| 3/21/2018 10:39AM | LV | TO | XM | #2245359056#:XM:XM:Ans No Msg:O0:2018-03-21 10:39:00:HCI |
| 3/21/2018 2:21PM | LV | TO | XM | #2245359056#:XM:XM:Ans No Msg:O0:2018-03-21 14:21:00:HCI |
| 3/22/2018 9:53AM | LV | TO | XM | #2245359056#:XM:XM:Ans No Msg:O0:2018-03-22 09:53:00:HCI |
| 3/23/2018 10:23AM | LV | TO | XM | #2245359056#:XM:XM:Ans No Msg:O0:2018-03-23 10:23:00:HCI |
| 3/24/2018 9:54AM | LV | TO | XM | #2245359056#:XM:XM:Ans No Msg:O0:2018-03-24 09:54:00:HCI |
| 3/26/2018 12:43AM | SYSTEM | crupd | open | Open collection account submitted in credit bureau report file. |

**History of Account**      65053074(Continued)

| | | | | |
|---|---|---|---|---|
| 3/26/2018 1:41PM | LV | TO | XM | #2245359056#:XM:XM:Ans No Msg:O0:2018-03-26 13:41:00:HCI |
| 3/27/2018 9:35AM | LV | TO | XM | #2245359056#:XM:XM:Ans No Msg:O0:2018-03-27 09:35:00:HCI |
| 3/28/2018 10:11AM | LV | TO | XM | #2245359056#:XM:XM:Ans No Msg:O0:2018-03-28 10:11:00:HCI |
| 3/28/2018 1:30PM | LV | TO | TW | #2245359056#:TW:TW:Talked with 3rd party:O0:2018-03-28 13:30:00:HCI |
| 3/28/2018 1:30PM | bstrange | TD | TW | 2245359056 hu |
| 3/29/2018 12:41AM | SYS | SYS | EOD | 1st Letter Created by EOD Letter on Contact |
| 4/9/2018 11:19AM | LV | TO | XM | #2245359056#:XM:XM:Ans No Msg:O0:2018-04-09 11:19:00:HCI |
| 4/11/2018 4:12PM | LV | TO | XM | #2245359056#:XM:XM:Ans No Msg:O0:2018-04-11 16:12:00:HCI |
| 4/18/2018 2:28PM | lwheeler | CO | SN | SCAN DOCUMENTS ... PLEASE ALLOW 2-3 BUSINESS DAYS TO VIEW |
| 4/18/2018 2:28PM | lwheeler | CC | 609 | |
| 4/18/2018 2:28PM | lwheeler | +++++ | +++++ | Debtor(1) Dispute Set |
| 4/18/2018 2:28PM | lwheeler | +++++ | +++++ | Debtor(1) Restrict Calls Set |
| 4/18/2018 2:28PM | lwheeler | +++++ | +++++ | Debtor(1) Restrict Home Calls Set |
| 4/18/2018 2:28PM | lwheeler | +++++ | +++++ | Debtor(1) Restrict Work Calls Set |
| 4/18/2018 2:28PM | lwheeler | +++++ | +++++ | Debtor(1) Restrict Letters Set |
| 4/18/2018 2:29PM | lwheeler | +++++ | +++++ | Added file: 65053074_03773_ATTY_lwheeler_04182018.pdf |
| 4/18/2018 2:29PM | lwheeler | +++++ | +++++ | Cell (224) 535-9056 for debtor(1) 'Webber, Carolyn' status changed from Unknown to Bad |
| 4/18/2018 4:15PM | it_system | Status | CHNG | Status Changed |ACT|DSP - Sweep_Q600_Restrictions Status Changed to: DSP |
| 4/23/2018 12:44AM | SYSTEM | crupd | delete | Account deletion submitted in credit bureau report file. |
| 4/24/2018 2:58PM | dtrout | +++++ | +++++ | Status Changed | DSP | ATY |
| 4/24/2018 2:59PM | dtrout | CS | CO | ATTY LETTER STATES CONSUMER IS INSOLVENT AT THIS TIME AND CANNOT PAY. IF THAT CHANGES THEY WILL BE IN TOUCH. |
| 4/24/2018 2:59PM | dtrout | CC | 609 | Deleted from Support Queue |
| 5/22/2018 12:17PM | IT | DATE | CHNG | Statute of limitations adjusted from Un-specified to 11/21/2024 |

**Letter History**

| Date Requested | Requested By | Date Processed | Letter Code | Description |
|---|---|---|---|---|
| 3/29/2018 | | 3/30/2018 | 00110 | 1R - 1st Notice |

Latitude By Global Software Services, Inc

SWC 0002