# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### CHICAGO DIVISION

| | |
|---|---|
| **CAROLYN MILLER, on behalf of herself and other similarly situated,** | |
| *Plaintiff,* | **CASE NO. 1:18-cv-04088** |
| **v.** | |
| **SOUTHWEST CREDIT SYSTEMS, L.P.,** | **Hon. Rebecca R. Pallmeyer** |
| *Defendant.* | |

---

## DEFENDANT SOUTHWEST CREDIT SYSTEMS, L.P.'S
## MOTION TO SUBSTITUTE CORRECTED AFFIDAVIT

---

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendant Southwest Credit Systems, L.P. ("SWC"), and files its Motion to Substitute Corrected Affidavit, and will show onto this Court as follows:

1. On March 20, 2019, SWC filed it Motion for Summary Judgment. Doc. 40.

2. Attached as Exhibit A was an affidavit from Jeff Hazzard. Doc. 40-2. This affidavit included the attachment of Exhibit D. Doc. 40-2; Doc. 40-5.

3. Exhibit D was labeled as "Letter received from Community Lawyers Group regarding Ms. Webber (Miller)'s account" in Hazzard's affidavit. Doc. 40-2. However, due to a clerical error, a letter from Plaintiff Carolyn Webber (Miller) was attached to the affidavit as Exhibit D rather than the letter from Community Lawyers Group.

4. Attached hereto as Exhibit A is an updated affidavit with the correct attachment for Exhibit D. Exhibit A.

Southwest Credit System LP's Motion to Substitute Corrected Affidavit
M:\220.0000 Southwest Credit Systems LP\220.0305C Carolyn Miller v. SWC\PLEADINGS\Motion to Substitute Corrected Affidavit\220.0305 Motion to Substitute Corrected Affidavit.docx
Page **1** of **3**

5.      SWC respectfully requests this Court to substitute the attached <u>Exhibit A</u> in place of the one filed with Defendant's Motion for Summary Judgment.

6.      Defendant made a simple clerical error in attaching the incorrect letter to <u>Doc. 40-2</u>. Plaintiff's service cancellation letter was already attached as part of the <u>Exhibit E</u> deposition transcript and exhibits. <u>Doc. 40-6</u>. Substitution of the correct letter is proper and would not prejudice Plaintiff in any way.

7.      <u>Exhibit D</u> was titled correctly and referenced correctly in Defendant's Motion for Summary Judgment. <u>Doc. 40</u> at 7-8; <u>Doc. 40-2</u>. The only mistake was in attaching Plaintiff's letter rather than Plaintiff's counsel's letter.

**CONCLUSION**

WHEREFORE, PREMISES CONSIDERED, Defendant Southwest Credit Systems, L.P. respectfully requests this Court grant this motion and substitute the attached corrected affidavit.

Dated: May 16, 2019.                              Respectfully submitted,

**MALONE FROST MARTIN PLLC**

*/s/ Robbie Malone*
ROBBIE MALONE
Email: rmalone@mamlaw.com
EUGENE XERXES MARTIN, IV
Email: xmartin@mamlaw.com
**MALONE FROST MARTIN PLLC**
NorthPark Central, Suite 1850
8750 North Central Expressway
Dallas, Texas 75231
TEL: (214) 346-2630
FAX: (214) 346-2631

***COUNSEL FOR DEFENDANT***
***SOUTHWEST CREDIT SYSTEMS LP***

## **CERTIFICATE OF CONFERENCE**

Counsel for Defendant Southwest Credit Systems, L.P. emailed counsel for Plaintiff regarding the foregoing pleading on May 15, 2019, and Plaintiff is opposed.

/s/ Xerxes Martin
XERXES MARTIN

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing has been forwarded through the **CM/ECF** system on this 16th day of May, 2019.

**Celetha Chatman**
**Michael Wood**
COMMUNITY LAWYERS GROUP, LTD.
73 W. Monroe Street, Suite 514
Chicago, IL 60603
Email: cchatman@communitylawyersgroup.com
Email: mwood@communitylawyersgroup.com

**Andrew Finko**
Andrew Finko P.C.
180 W. Washington St.
Suite 400
Chicago, IL 60602
Email: finkolaw@fastmail.FM

/s/ Xerxes Martin
XERXES MARTIN