# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# CHICAGO DIVISION

CAROLYN MILLER, on behalf of herself
and other similarly situated,

        *Plaintiff,*

CASE NO. 1:18-cv-04088

v.

Hon. Rebecca R. Pallmeyer

SOUTHWEST CREDIT SYSTEMS, L.P.,

        *Defendant.*

---

## DEFENDANT SOUTHWEST CREDIT SYSTEMS, L.P.'S
## MOTION FOR SUMMARY JUDGMENT

---

# Exhibit D

# Community Lawyers Group
73 W. Monroe Street, Suite 514
Chicago, Illinois 60603
PH: (312)765-7561

April 18, 2018

Southwest Credit
4120 International Pkwy, Suite 1100
Carrollton, TX 75007-1958

Re:   *CAROLYN COLEMAN*
      *321 N. LIBERTY STREET*
      *ELGIN, IL 60120*
      *ACCOUNT: 601119902 (MONI)*
      *Current Amount of Debt: $125.03*
      *Last 4 of Social: 8078*

Dear Sir or Madam:

The above referenced client is represented by our firm regarding all matters in connection with the above referenced debt, please direct any future communication regarding this account to our office. This client regrets not being able to pay, however, at this time they are insolvent, as their monthly expenses exceed the amount of income they receive, and the debt reported on the credit report is not accurate. If their circumstances should change, we will be in touch.

If you wish to discuss this matter, please contact our office directly at (312) 765-7561 to speak with the attorney assigned to the matter, Michael Wood.

Sincerely,
/s/ Michael Wood

Client Name:

*CAROLYN COLEMAN*
*321 N. LIBERTY STREET*
*ELGIN, IL 60120*