# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Carolyn Miller,

Plaintiff(s),

v.

Southwest Credit Systems, L.P.,

Defendant(s).

Case No. 18 C 4088
Judge Rebecca R. Pallmeyer

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $      ,

which ☐ includes      pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant(s) Southwest Credit Systems, L.P.
and against plaintiff(s) Carolyn Miller

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge Rebecca R. Pallmeyer presiding, and the jury has rendered a verdict.
☐ tried by Judge Rebecca R. Pallmeyer without a jury and the above decision was reached.
☒ decided by Judge Rebecca R. Pallmeyer on a motion for summary judgment.

Date: 10/16/2019

Thomas G. Bruton, Clerk of Court

/s/ Nicole Fratto, Deputy Clerk