AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

| | | |
|---|---|---|
| CAROLYN MILLER | ) | |
| | ) | |
| v. | ) | Case No.: 1:18-cv-04088 |
| SOUTHWEST CREDIT SYSTEMS, LP | ) | |
| | ) | |

## BILL OF COSTS

Judgment having been entered in the above entitled action on __10/16/2019__ against __CAROLYN MILLER__,
*Date*
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk .................................................................. | $ |
| Fees for service of summons and subpoena .............................................. | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | |
| Fees and disbursements for printing .................................................... | 11.85 |
| Fees for witnesses *(itemize on page two)* .................................................. | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case........................................ | |
| Docket fees under 28 U.S.C. 1923 ..................................................... | |
| Costs as shown on Mandate of Court of Appeals ........................................ | |
| Compensation of court-appointed experts ............................................... | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | |
| Other costs *(please itemize)* ........................................................... | 1,184.20 |
| **TOTAL** $ | **1,196.05** |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service  ☐ First class mail, postage prepaid

☐ Other: _____

s/ Attorney: _____

Name of Attorney: Xerxes Martin

For: __Southwest Credit Systems, LP__  Date: __11/11/2019__
*Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

By: _____

*Clerk of Court*        *Deputy Clerk*        *Date*

AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

### NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

# Itemized Costs and Expenses

*Carolyn Miller v. Southwest Credit Systems, LP – 1:18-cv-04088*

## CLERICAL

| | |
|---|---|
| Printing: | $11.85 |

| | |
|---|---|
| ***Subtotal*** | **$11.85** |

## DEPOSITIONS

| | |
|---|---|
| Deposition of Miller, Carolyn (Trans) | $792.70 |
| Deposition of Hazzard, Jeff (Trans) | $391.50 |

| | |
|---|---|
| ***Subtotal*** | **$1,184.20** |

| | |
|---|---|
| **Total** | **$1,196.05** |

| 10/30/2019 | | Malone Frost Martin PLLC | | | |
| 10:49 AM | | Slip Listing | | | Page 1 |

## Selection Criteria

| Slip.Classification | Open |
| Clie.Selection | Include: 220-0305 |
| Slip.Transaction Date | 1/1/2015 - 10/30/2019 |
| Acti.Selection | Include: Copying |

Rate Info - identifies rate source and level

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Timekeeper<br>Activity<br>Client<br>Phase/Task | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 319264<br>6/30/2019<br>Billed<br>Photocopies, 54 @ $.15 each. | EXP<br><br>G:28434 | LA<br>Copying<br>6/30/2019 220-0305 | 54 | 0.15 | 8.10 |
| 324544<br>7/31/2019<br>Billed<br>Photocopies, 13 @ $.15 each. | EXP<br><br>G:28766 | LA<br>Copying<br>7/31/2019 220-0305 | 13 | 0.15 | 1.95 |
| 329561<br>8/31/2019<br>Billed<br>Photocopies, 12 @ $.15 each. | EXP<br><br>G:29113 | LA<br>Copying<br>8/31/2019 220-0305 | 12 | 0.15 | 1.80 |

Grand Total

| | | | | |
|---|---|---|---|---|
| | Billable | 0.00 | | 11.85 |
| | Unbillable | 0.00 | | 0.00 |
| | Total | 0.00 | | 11.85 |

C. Miller
220.0305

# INVOICE



**Huseby.com**
Corporate Headquarters
1230 West Morehead St, Suite 408
Charlotte, NC 28208
Questions? Call (800) 333-2082

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 561382 | 3/20/2019 | 230827 |
| Job Date | Case No. | |
| 2/14/2019 | 18-cv-04088 | |

| Case Name |
|---|
| Carolyn Miller vs. Southwest Credit Systems, L.P. |

| Payment Terms |
|---|
| Due upon receipt, after 30 days 1.5% fee |

Eugene Xerxes Martin, IV, Esq.
Malone Akerly Martin PLLC
8750 N Central Expressway
Ste 1850
Northpark Central
Dallas, TX 75231

---

1 COPY OF TRANSCRIPT OF:
Jeff Hazzard

                                                                                          391.50

                                        TOTAL DUE  >>>                                  $391.50

Thank you for choosing Huseby!

If you would like to pay your invoice(s) securely online by credit card, please visit www.huseby.com. Click the "Make a Payment" button located at the top of the page. If you prefer to complete the attached credit card form, please scan and email the completed form to: AR@huseby.com. Please DO NOT MAIL the credit card information to the P O Box 6180, Hermitage, PA 16148.

Schedule with us anywhere nationally today! To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.

---

Tax ID: 31-1763752                                                               Phone: 214-346-2630   Fax:

*Please detach bottom portion and return with payment.*

Eugene Xerxes Martin, IV, Esq.
Malone Akerly Martin PLLC
8750 N Central Expressway
Ste 1850
Northpark Central
Dallas, TX 75231

| | | | |
|---|---|---|---|
| Job No. | : 230827 | BU ID | : Weinberg |
| Case No. | : 18-cv-04088 | | |
| Case Name | : Carolyn Miller vs. Southwest Credit Systems, L.P. | | |
| Invoice No. | : 561382 | Invoice Date | : 3/20/2019 |
| Total Due | : $391.50 | | |

Remit To: **Huseby Global Litigation**
**P.O. Box 6180**
**Hermitage, PA 16148-0922**

**PAYMENT WITH CREDIT CARD**
Cardholder's Name:
Card Number:
Exp. Date:                  Phone#:
Billing Address:
Zip:                Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:



888-893-3767 / Reporting
713-460-2525 / Fax

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 525348 | 3/6/2019 | 389986 |
| Job Date | Case No. | |
| 2/12/2019 | 1:18-CV-04088 | |
| Case Name | | |
| Carolyn Miller, et al v. Southwest Credit Systems, L.P. | | |
| Payment Terms | | |
| Due upon receipt | | |

Patrick Watts
Malone Frost Martin PLLC
8750 N . Central Expressway
Northpark Central, Suite 1850
Dallas, TX  75231-6454

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Carolyn Miller | | 83.00 Pages | @ | 5.30 | 439.90 |
| Exhibit | | 12.00 Pages | @ | 0.65 | 7.80 |
| Electronic Transcript Processing | | | | 30.00 | 30.00 |
| Fed Ex Shipping & Handling Delivery Fee | | | | 20.00 | 20.00 |
| Pocket Transcript/ USB Drive | | | | 35.00 | 35.00 |
| Per Diem | | 2.00 Hours | @ | 95.00 | 190.00 |
| Electronic Transcript | | 0.00 | @ | 0.00 | 0.00 |
| Admin/O/1 | | | | 70.00 | 70.00 |

TOTAL DUE >>>   $792.70
AFTER 4/5/2019  PAY   $804.59

INVOICE (S) DUE UPON RECEIPT AND IS NOT CONTINGENT UPON YOUR CLIENT'S PAYMENT.

ANY QUESTIONS ABOUT BILLING SHOULD BE RAISED WITHIN 15 DAYS OF RECEIPT OF INVOICE OTHERWISE THE BILLING WILL BE DEEMED ACCEPTED AS PRESENTED AND PAID IN FULL.

VISIT WWW.LEXITASLEGAL.COM/BILL-PAY TO MAKE A PAYMENT

WE APPRECIATE YOUR BUSINESS.

(-) Payments/Credits:   792.70

Tax ID: 46-4363191

*Please detach bottom portion and return with payment.*

Patrick Watts
Malone Frost Martin PLLC
8750 N . Central Expressway
Northpark Central, Suite 1850
Dallas, TX  75231-6454

Invoice No.  : 525348
Invoice Date : 3/6/2019
**Total Due**   : **$ 0.00**

Remit To: Deposition Solutions, LLC DBA Lexitas
P.O. Box 734298
Dept. 2001
Dallas, TX  75373-4298

Job No.   : 389986
BU ID     : NET-OUT-R
Case No.  : 1:18-CV-04088
Case Name : Carolyn Miller, et al v. Southwest Credit Systems, L.P.



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 525348 | 3/6/2019 | 389986 |
| **Job Date** | **Case No.** | |
| 2/12/2019 | 1:18-CV-04088 | |
| **Case Name** | | |
| Carolyn Miller, et al v. Southwest Credit Systems, L.P. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

888-893-3767 / Reporting
713-460-2525 / Fax

Patrick Watts
Malone Frost Martin PLLC
8750 N. Central Expressway
Northpark Central, Suite 1850
Dallas, TX 75231-6454

| | |
|---|---|
| (+) Finance Charges/Debits: | 11.89 |
| (=) New Balance: | $0.00 |

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

Patrick Watts
Malone Frost Martin PLLC
8750 N. Central Expressway
Northpark Central, Suite 1850
Dallas, TX 75231-6454

Invoice No.  : 525348
Invoice Date : 3/6/2019
**Total Due**   : **$ 0.00**

Remit To: **Deposition Solutions, LLC DBA Lexitas**
**P.O. Box 734298**
**Dept. 2001**
**Dallas, TX 75373-4298**

Job No.    : 389986
BU ID      : NET-OUT-R
Case No.   : 1:18-CV-04088
Case Name  : Carolyn Miller, et al v. Southwest Credit Systems, L.P.