UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CAROLYN MILLER, ) | |
| ) | |
| PLAINTIFF ) | |
| ) | Civil Action No. 1:18-cv-04088 |
| v. ) | |
| ) | Hon. Rebecca R. Pallmeyer |
| SOUTHWEST CREDIT SYSTEMS, L.P, ) | |
| ) | |
| DEFENDANT. ) | |
| ) | |

## NOTICE OF APPEAL

Notice is hereby given in accordance with Rule 3 of the Federal Rules of Appellate Procedure that plaintiff Carolyn Miller, appeals to the United States Court of Appeals for the Seventh Circuit from the judgment entered October 16, 2019 granting Defendant's motion for Summary Judgment, and denial of Plaintiff's Motion for Summary Judgment of Opinion and Order Pursuant to Fed. R. Civ. P. 56(a), entered on October 16, 2019.

Respectfully submitted,

Dated: November 15, 2019

/s/Celetha C. Chatman
Celetha C. Chatman
Community Lawyers, LLC.
20 N. Clark Street, Suite 3100
Chicago, Illinois 60602
Ph: (312) 757-1880
Fax: (312) 265-3227
cchatman@communitylawyersgroup.com

**CERTIFICATE OF SERVICE**

  I, the undersigned attorney, hereby certify that on November 15, 2019, I electronically filed the foregoing document with the Clerk of Court for the Northern District of Illinois using the CM/ECF system which will send notification of such filing to the attorneys of record.

                /s/Celetha C. Chatman
                Celetha C. Chatman
                Community Lawyers, LLC.
                20 N. Clark Street, Suite 3100
                Chicago, Illinois 60602
                Ph: (312) 757-1880
                Fax: (312) 265-3227
                cchatman@communitylawyersgroup.com